```
                            "O"
                    FILED
              CLERK, U.S. DISTRICT COURT

                    JUN 13 2008

              CENTRAL DISTRICT OF CALIFORNIA
              BY                       DEPUTY
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| PATRICK RENTERIA,<br><br>　　　　Petitioner,<br><br>　　vs.<br><br>R.J. SUBIA, Warden,<br><br>　　　　Respondent. | Case No. EDCV 07-776 JVS (AN)<br><br>ORDER APPROVING AND ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the file, including the Magistrate Judge's Report and Recommendation ("R&R") and Petitioner Objections thereto, *de novo*. IT IS ORDERED that:

1. Petitioner's Objections are overruled and the R&R is approved and adopted.
2. Judgment shall be entered denying the Petition and dismissing this action with prejudice.
3. Any other pending motions are denied as moot and terminated.

IT IS FURTHER ORDERED that the Clerk of the Court shall serve a copy of this Order and the Judgment on all counsel or parties of record.

Dated: ___6.13___, 2008

　　　　　　　　　　　　　　　　　　　　　JAMES V. SELNA
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE