UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| PATRICK RENTERIA, | ) Case No. EDCV 07-776 JVS (AN) |
| Petitioner, | ) |
| vs. | ) JUDGMENT |
| R.J. SUBIA, Warden, | ) |
| Respondent. | ) |

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice for the reasons set forth in the Magistrate Judge's Report and Recommendation.

Dated: _6.13_, 2008

JAMES V. SELNA
UNITED STATES DISTRICT JUDGE